UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00220-MOC-DSC

| | | |
|---|---|---|
| **TRUSTHOUSE SERVICES GROUP, INC.** | ) | |
| **ELIOR RESTAURATION ET SERVICES SA,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DAVID R. RAMSAY** | ) | |
| **PURFOODS,LLC** | ) | |
| **RICKEY L. ANDERSON** | ) | |
| **MICHAEL L. ANDERSON** | ) | |
| **BARBARA H. ANDERSON** | ) | |
| **DAVID R. RAMSAY 2010 GRANTOR** | ) | |
| **RETAINED ANNUITY TRUST** | ) | |
| **MICHAEL L. ANDERSON 2012** | ) | |
| **IRREVOCABLE TRUST U/A DATED 12/31/12** | ) | |
| **DAVID R. RAMSAY 2014 GRANTOR** | ) | |
| **RETAINED ANNUITY TRUST** | ) | |
| **JONATHAN L. ANDERSON 2012** | ) | |
| **IRREVOCABLE TRUST U/A DATED 12/31/12** | ) | |
| **ROBYN A. BALDENEGRO 2012** | ) | |
| **IRREVOCABLE TRUST U/A DATED 12/31/12** | ) | |
| **MARIE SCOLATTI ANDERSON 2014** | ) | |
| **IRREVOCABLE TRUST U/A DATED 12/31/14,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendants' Consent Motion to Strike Initial Scheduling Order. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

-1-

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' consent Motion to Strike Initial Scheduling Order (#7) is GRANTED, and the Initial Scheduling Order entered May 9, 2016, is STRICKEN based on the reassignment of this case to the undersigned.

Signed: May 18, 2016

Max O. Cogburn Jr
United States District Judge